**NORTON ROSE FULBRIGHT**

June 2, 2021

Norton Rose Fulbright US LLP
98 San Jacinto Boulevard
Austin, Texas 78701-4255
United States

**Via Electronic Filing**

**Mark Oakes**
**Partner**
Direct line +1 512 536 5221
mark.oakes@nortonrosefulbright.com

Honorable Judge Andrew S. Hanen
United States District Court
Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

Tel +1 512 474 5201
Fax +1 512 536 4598
nortonrosefulbright.com

Re:   In re: *Caballero v. Vitol, Inc. et al.*, Case Number: 4:21-cv-00140

Dear Judge Hanen:

We represent third-party respondent Rosneft Trading, S.A. ("RTSA") in the above-styled action (the "Action"). We write in reference to the Court's May 17, 2021 docket entry in the Action which cancelled the May 25, 2021 hearing in this matter and directed the submission of potential alternate hearing dates from which the Court could select a new setting.

RTSA has conferred with counsel for Judgment Creditor / Garnishor Antonio J. Caballero, Garnishee / Third-Party Petitioner Vitol, Inc., and Third-Party Respondent LDC Supply, Inc. (together with RTSA, "the Parties"). Counsel for all Parties are available for a hearing on any of the following dates:

June 16, 2021; October 4, 2021, October 5, 2021; October 6, 2021; October 7, 2021; October 11, 2021; October 12, 2021; October 13, 2021; or October 14, 2021.

Very truly yours,

*/s/ Mark Oakes*

Mark Oakes

**CC: all counsel of record (via ECF)**

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.