United States District Court
Southern District of Texas
**ENTERED**
July 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO CABALLERO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21−cv−00140 |
| | § | |
| , | § | |
| | § | |
| Defendant. | § | |

### Order Resetting Initial Conference

The initial conference in this case is reset to **August 10, 2021** at **10:00 AM** before **Magistrate Judge Frances Stacy**. The hearing will be conducted by telephone, please refer to the following conference call instructions:

– Dial 713-250-5447
– Enter ID: 45447 #
– Password: 13579 #

Signed on July 20, 2021, at Houston, Texas.


Frances H. Stacy
United States Magistrate Judge