IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANTONIO CABALLERO,
    *Judgment Creditor & Garnishor,*

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DEL
VALLE CARTEL,
    *Judgment Debtors,*

v.

VITOL INC.,
    *Garnishee.*

VITOL INC.,
    *Third-Party Petitioner,*

v.

ANTONIO CABALLERO, ROSNEFT
TRADING, S.A. and LDC SUPPLY
INTERNATIONAL, LLC,
    *Third-Party Respondents.*

CIVIL ACTION NO. 4:21-CV-140

## ORDER

In light of the stipulated stay entered into by the parties and accepted by the Court (Doc. No. 57), the Court DENIES the pending partial motion for summary judgment (Doc. No. 19) without prejudice.

Third-Party Respondent RTSA's Motion for Leave to Exceed Page Limit on its Motion to Dissolve Writ of Garnishment (Doc. No. 31) is hereby GRANTED. Third-Party Respondent

RTSA has leave to file the Motion to Dissolve Writ of Garnishment that does not exceed 30 pages.

The rulings should position this case for a fresh start with the entry of a scheduling order if the matter is not resolved by future rulings of the court referenced in the agreed stipulation.

SIGNED at Houston, Texas this 13th day of August, 2021.

_____
Andrew S. Hanen
United States District Judge