1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                          HOUSTON DIVISION

3       ********************************************************

4       ANTONIO CABALLERO                4:21-CV-00140

5
        VS.                              HOUSTON, TEXAS
6

7       VITOL, INC., ET AL               JANUARY 11, 2022

8
        ********************************************************
9
             TRANSCRIPT OF MOTION PROCEEDINGS HELD REMOTELY
10          HEARD BEFORE THE HONORABLE ANDREW S. HANEN
                    UNITED STATES DISTRICT JUDGE
11
        ********************************************************
12

13      APPEARANCES:

14
        FOR THE PLAINTIFF:               MR. LEON N. PATRICIOS
15                                       MS. GABRIELA ROSELL
                                         MS. DANIT DARMON
16                                       Zumpano Patricios, P.A.
                                         312 Minorca Avenue
17                                       Coral Gables, Florida 33134

18
        FOR ROSNEFT TRADING, SA:         MR. STEPHEN MARK DOLLAR
19                                       Norton Rose Fulbright US LLP
                                         1301 Avenue of the Americas
20                                       New York, NY 10019-6022

21                                       MR. MARK T. OAKES
                                         MR. RYAN MELTZER
22                                       Norton Rose Fulbright US LLP
                                         98 San Jacinto Boulevard
23                                       Suite 1100
                                         Austin, Texas 78701
24
             Proceedings recorded by mechanical stenography,
25      transcript produced via computer.

```
 1   FOR VITOL, INC.:                 MR. ALEX J. BRACKETT
                                      McGuire Woods LLP
 2                                    800 East Canal Street
                                      Richmond, Virginia 23219
 3

 4   Official Court Reporter:         Lanie M. Smith, CSR, RMR, CRR
                                      Official Court Reporter
 5                                    United States District Court
                                      Southern District of Texas
 6                                    515 Rusk
                                      Room 8004
 7                                    Houston, Texas 77002

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

THE COURT:  4:21-cv-140, Caballero versus Vitol, et al.

Who do I have on the line for the plaintiffs?

MR. PATRICIOS:  Good afternoon.  This is Leon Patricios

for the plaintiff Antonio Caballero.

THE COURT:  All right.  And for Rosneft?

MR. DOLLAR:  Good afternoon, Your Honor.  This is

Steve Dollar from Norton Rose Fulbright for

Rosneft Trading, SA; and I also have on the line from our firm

Mark Oakes and Ryan Meltzer.

THE COURT:  All right.  And do we have anyone else on

the line?

MR. PATRICIOS:  Your Honor, this is Leon Patricios.

Sorry.  Two lawyers from my office are listening on the line.

We announced it before we got on the call with you.

Danit Darmon and Gabriela Rosell.

THE COURT:  All right.

MR. BRACKETT:  And yes, Your Honor, this is

Alex Brackett on behalf of Vitol.  I do not anticipate having

an active role as the issues here are primarily between

plaintiffs and Rosneft.

THE COURT:  Okay.  Before we get into the nitty-gritty

of the discovery dispute, which doesn't look overwhelming at

least as far as discovery disputes go, let me ask -- and I'm

not asking you to brief it and I'm not going to rule based on

1  anything said on this phone call.

2       But is the fact that FARC has been delisted, does

3  that make a difference at all in this case?

4       MR. PATRICIOS:  Yes, Your Honor.  I figured you would,

02:36PM  5  Judge.  This is Leon Patricios on behalf of Antonio Caballero.

6       It does not make a difference for several reasons

7  which we could brief, but let me just mention quite quickly.

8  The part of the FARC that was delisted was the military, was

9  the political branch, not the part that is running drugs.

02:36PM  10       You will notice the same day that FARC, the

11  political party, was delisted, the government was very clear

12  that those that are still running drugs and doing all of the

13  bad conduct that is at issue here remain blocked and are

14  blocked.  That's number one.

02:36PM  15       That portion of the FARC is known as the FARC-EP

16  and we have a judgment against FARC and FARC-EP.  So if we were

17  to get into it and brief it, Judge -- and no court has

18  addressed this issue yet, although I think one will -- we do

19  not believe it makes a difference for that reason.

02:36PM  20       Number 2, there's something called the look back

21  rule, which we have briefed in the past, which basically says

22  under OFAC guidance and OFAC regulations, that once you start

23  one of these collections proceedings, if OFAC changes a

24  designation, it does not affect proceedings that are ongoing.

02:37PM  25  It does not affect what's happening in those proceedings and

1    somebody does not automatically get exempt from those

2    proceedings because of such change in circumstance.

3              So a brief answer, Your Honor, no; and obviously

4    if you need further briefing, we could do that.

02:37PM  5        THE COURT:  All right.  Mr. Dollar, you or Mr. Brackett

6    want to weigh in on that?

7         MR. DOLLAR:  This is Mr. Dollar, Your Honor.

8    Mr. Brackett may want to as well.

9              We have set our position out in our general

02:37PM 10   objections to the discovery responses and just to very briefly

11   summarize those for Your Honor -- and happy to brief the issue

12   as well if you need further briefing -- but we would submit

13   that the State Department's de-designation of the FARC has

14   divested the group of its status as a terrorist party and

02:37PM 15   because the Terrorism Risk Insurance Act attachment provision

16   uses the present tense so it says that the blocked assets of

17   that terrorist party shall be subject to execution or

18   attachment in aid of judgment, thus they are no longer

19   subject -- our assets rather are no longer subject to execution

02:38PM 20   or attachment in aid of execution of the judgment and thus our

21   assets are thus beyond the reach of the TRIA and that is our

22   position.

23             There are a host of other issues, Your Honor.

24   One, we believe it's a threshold issue with regard to timing,

02:38PM 25   but I suspect Your Honor will get to that later in today's

1   call.

2           THE COURT:  Okay.  Mr. Brackett?

3           MR. BRACKETT:  We don't have anything to add beyond the

4   positions that have just been laid out.  We do not believe that

02:38PM   5   this is as clearly settled an issue as Mr. Patricios indicates

6   and I think, as he indicated, it's really an issue that is yet

7   to be clearly adjudicated, at least from the context of facts

8   such as ours in a procedural posture such as ours.

9           So I do think that what Mr. Dollar just

02:39PM   10   expressed, I think has -- we would agree there is certainly

11   reason to question whether this action is still valid given the

12   de-designation.

13           THE COURT:  Let me just ask, you know, a judicial

14   economy question and really it's not economy for me, it's for

02:39PM   15   y'all.

16           Is this something that ought to be briefed and

17   ruled upon before you spend a lot of time running down other

18   items such as, you know, taking depositions and all this other

19   kind of stuff that costs a lot of money?

02:40PM   20           And I'm just throwing this out there.  I'm not

21   trying to run your lawsuit for you, but it would seem to me

22   like, you know, all three parties would want to know before

23   they invest a lot of time and money in this.

24           MR. DOLLAR:  Your Honor, this is Steve Dollar on behalf

02:40PM   25   of Rosneft.  We would be welcome to brief the issue.  We would

see it as a threshold issue; and as it regards to my client, we

think another judicial economy or time-saving and cost-saving

exercise would also be to brief the issue as to the timing

aspect and that's one that we've laid out in our two-page

02:40PM  letter to Your Honor that was submitted as well prior to the

call.

MR. PATRICIOS:  And, Your Honor, this is Leon Patricios

on behalf of the plaintiff.

We do not agree.  In these cases, which are under

02:41PM  the TRIA statute, which is a victim maximization of recovery

act, we face blockade after blockade after blockade from

parties that are designated by OFAC to be blocked parties.

One of those parties is Rosneft.  It has broken

United States law and it will do anything it can to avoid the

02:41PM  consequence of that in our view.

We have a very, I think, efficient schedule for

discovery where we've already done document discovery but for

this call.  We have a few depositions to take and expert

discovery and then we have prehearing briefs due in April.

02:41PM  All of those issues could be put into the

prehearing briefs in April.  We would ask that the case not be

stopped while these side issues get decided and I understand

that Your Honor is looking at them as essential to the case,

but they are going to be central to any case and they're going

02:41PM  to be brought up in April anyway.

1       We would ask that we complete the discovery

2   process and the parties can brief them in April as part of

3   their prehearing briefs.

4       THE COURT:  Mr. Brackett?

02:42PM  5       MR. BRACKETT:  Your Honor, I agree with the position of

6   Mr. Dollar that I think it would be beneficial for the parties

7   and the Court to brief these issues and to allow an opportunity

8   for Your Honor to consider them and consider whether they might

9   be dispositive of the case.

02:42PM 10       THE COURT:  All right.  Let's switch over then.

11       And Mr. Patricios, since it was your letter that

12   started the ball rolling on this, let's go back to the

13   discovery issues and let's talk about those.

14       MR. PATRICIOS:  Yes, Your Honor.  I think the principal

02:42PM 15   discovery issue has to do with the time frame that the parties

16   should be using for discovery.  In our discovery requests, we

17   used a four-year time frame, basically November 2016 to the

18   present.  At this point it's probably five years.

19       The other side, that being Rosneft, wants to use

02:42PM 20   a time frame that is basically just a few months in scope.  So

21   we have a dispute over that and we're happy to talk through

22   that, Your Honor.  But I think there's also a way to resolve

23   that without asking the Court to decide in the discovery

24   process an issue that's going to be a legal issue for later,

02:43PM 25   that is, what is the proper measuring time frame.

1          And the way we can, I think, Your Honor, resolve

2  that without asking you in the discovery phase to decide that

3  issue is to come up with some interim date that may be

4  reasonable for folks.

02:43PM  5          And what I've suggested to the other side is

6  PDVSA was sanctioned by the United States in January of 2019.

7  Thereafter, the companies in Texas that obey the law did not do

8  business with PDVSA, but Rosneft did in violation of the law.

9  And as a result, it, too, was sanctioned in February of 2020.

02:43PM  10          So a natural date, without anybody setting in

11  stone what the proper date is for measuring an agency or

12  instrumentality; but for discovery purposes a time frame that

13  begins in January of 2019 when PDVSA was sanctioned is a

14  natural date because from that point on, Rosneft should not

02:44PM  15  have been doing business with PDVSA in violation of the

16  United States embargo.

17          So, Your Honor, I throw that out there as a way

18  to resolve this issue without getting into the law, which is

19  certainly going to be briefed to Your Honor as part of the

02:44PM  20  merits of the case.

21      MR. DOLLAR:  Your Honor, if I can, it's Steve Dollar.

22          So we think this is a critical threshold issue

23  that is one of timing; and it starts with a case that is cited

24  by the plaintiff, by Mr. Caballero's counsel.

02:44PM  25          And you start with the notion of what they're

required to prove and frankly they've already said that they've

proven it, which begs the question what we're doing here; but

nonetheless, they're required to show that in trying to attempt

to show that we are an agent or instrumentality, they have to

02:44PM   show one of three things:  That we are either a means through

which -- Number 1, a means through which a material function of

the FARC was accomplished or that we provided material services

to or on behalf of or in support of the FARC; or Number 3, we

were owned, controlled or directed by the FARC.

02:45PM   So that comes from one of their cases.  And that

determination, as the Fifth Circuit has said and the Second

Circuit has said and the Southern District of New York has said

and as Supreme Court precedent has said, that determination

must be made at the time of the application seeking that

02:45PM   designation, so seeking the designation that we, Rosneft, are

the agent or instrumentality of the FARC.

And if you go through the chronology, Your Honor,

you will be reminded that most of the procedural history of

this case was done on an *ex parte* basis in Montgomery County.

02:45PM   The plaintiff registered their foreign judgment in Texas state

court in September of 2020 and then they moved on an *ex parte*

basis for an agent or instrumentality determination as to my

client on November 25th of 2020.

By that time, Your Honor -- so that's where the

02:46PM   clock starts.  So the case law that we've cited -- and we've

seen nothing to contradict it -- the timing aspect begins in

November of 2020.  At that point in time, my client had been

out of business for six months and we've produced documents in

regard to this, forwarded minutes from my client that has

02:46PM  documented that it wound up its operations in May of 2020, so

six months prior to.

So while it did do business with PDVSA, as did a

lot of U.S. oil majors as we talked about before in our last

conference prior to that date, after it wound up operations, it

02:46PM  fired all of its employees, it ordered people to return their

computers and their mobile phones.  We've produced these

documents to the plaintiff and it was a dead company as of six

months prior to this date upon which Mr. Caballero has to show

that we are an agent or instrumentality of the FARC.

02:47PM  By the way, the FARC at that point in time had

signed a peace accord at the end of 2016 and so we would submit

that when we think about the scope of proper discovery, not to

mention a dispositive issue in the case, that the proper date

on a conservative basis should be November of 2020 and at the

02:47PM  earliest, September, when Mr. Caballero registered his foreign

judgment in Texas state court.  And we think that's where the

scope of discovery would lie and not some arbitrary date when

my client was no longer in business.

MR. PATRICIOS:  Your Honor, can I have a brief response

02:47PM  to that?

1        THE COURT:  You can.

2        MR. PATRICIOS:  Your Honor --

3        THE COURT:  Mr. Brackett, I'm assuming you don't have a

4    dog in this fight or do you?

02:48PM  5        MR. BRACKETT:  Your Honor, that's correct.  We do not

6    currently have a dog in this fight.

7        THE COURT:  Okay.  All right.  Then Mr. Patricios,

8    please continue.

9        MR. PATRICIOS:  Thank you, Judge.

02:48PM  10        You just heard counsel recite to you a three-part

11    test for what makes up to be an agent or instrumentality of a

12    terrorist.  All of those are past tense.

13        We can show that Rosneft was a means by which a

14    material function of the terrorist party is accomplished;

02:48PM  15    provided materials, services to and in support of the terrorist

16    party; or was owned or controlled or directed by the terrorist

17    party.  All of those are past tense.

18        The case law is clear there is no temporal

19    limitation on providing assistance to terrorists, otherwise

02:48PM  20    what could Rosneft do or others do?  Just shut down shop.  They

21    did.  They closed down and said, well, we can avoid the

22    consequences of our prior act because we shut our shop down and

23    therefore if you happen to file your case against us afterwards

24    even though we're blocked and even though our assets are

02:49PM  25    blocked and available under TRIA that has no temporal

1    limitation, we are free and clear.

2               Judge, the case law is clear and we have cited in

3    our papers and it's *Stancil* from the Eleventh Circuit which

4    affirmed the Middle District of Florida, which was explicit.

02:49PM  5    It said that you can go after the assets of a person or entity

6    that is or was ever involved in or assisted money laundering

7    that is a nexus or had past dealings with the FARC.

8               The Southern District of Florida has said, quote,

9    there is no temporal limitation on providing assistance to

02:49PM  10   terrorists.

11              Now, that is the prong under which we are going

12   under.  The cases that they cite and the ones that are from the

13   United States Supreme Court have to do with whether an entity

14   is owned or controlled, which is not the test that we're going

02:49PM  15   under.

16              When you're looking at whether an entity is owned

17   or controlled, i.e., what do the stock books say, that is

18   looking at a temporal requirement.  And the cases, if we get

19   into it, Judge, are all jurisdiction cases.  All of these cases

02:50PM  20   having to do with under the FSIA, the Federal [sic] Sovereign

21   Immunities Act, all have to do with whether this Court has

22   subject matter jurisdiction and the timing of when those cases

23   are brought are crucial.

24              As Your Honor knows from a diversity perspective

02:50PM  25   or removal perspective, you have to measure jurisdiction at the

1    time the case is filed so the cases cited by counsel that use

2    that same test have to do with ownership, which is not the test

3    we're going under.  It's not what we're looking for here.

4    We're not alleging anybody was owned.

02:50PM  5          In those cases ownership is relevant because you

6    need to establish jurisdiction on a particular day and that's

7    why those are important.

8          Now, the peace accord that they keep referencing

9    is just -- it's just not relevant.  They continue today to act

02:50PM 10   as terrorists.  They continue today to run drugs.  The

11   United States attorney general and the United States attorney

12   for the Southern District of New York indicted Mr. Maduro and

13   others in 2020 for working with the FARC and running drugs.

14         So the peace accord again is the political branch

02:51PM 15   of the FARC, not the drug.  That's another branch.  But we've

16   got affidavits that show that the political branch is separate

17   from the drug-dealing branch.

18         So, Your Honor, this is a crucial issue.  We do

19   agree with counsel on that, and we certainly believe this will

02:51PM 20   be part of the briefing for Your Honor in April.

21         For discovery purposes, they can show you nothing

22   that says with regard to the material assistance that we're

23   saying occurred here that there is some time limitation;

24   otherwise their chronology would be that there is no document

02:51PM 25   to produce because they were out of business by the time we

 1    filed this case.

 2        THE COURT:  And the basis for your suggestion of a 2019

 3    date was?

 4        MR. PATRICIOS:  The basis of my suggestion of a 2019

02:52PM  5    date, Judge, was that was when PDVSA itself was put on the

 6    block, the list, and thereafter the companies in the

 7    United States, especially in Texas, stopped doing business with

 8    PDVSA, but Rosneft continued to do business with PDVSA and

 9    therefore itself was blocked.

02:52PM 10            So, Your Honor, to the extent that we are

11    alleging that they assisted in money laundering, the most

12    natural time frame to look would be when no other company was

13    doing work with PDVSA because they were blocked and that is the

14    time frame I suggested as a compromise, which would have been,

02:52PM 15    I think, January of 2019 to the present.

16        THE COURT:  All right.  Go ahead, Mr. Brackett.

17        MR. DOLLAR:  This is Mr. Dollar.

18        THE COURT:  I'm sorry.  Mr. Dollar.

19        MR. DOLLAR:  Very quickly, Your Honor, just two quick

02:52PM 20    points.

21            So, one, I would beg the Court's patience and ask

22    perhaps for some clarifying briefing on the subject just

23    because I want to make sure there's a clear record.  And just

24    to use Mr. Patricios' indication of the *Stancil* case to

02:53PM 25    indicate something that is not, I just want to be clear that

1    the Court in that case expressly based its agent or

2    instrumentality finding on the fact that the defendant -- so

3    the Rosneft in that case -- the defendant was a member of the

4    North Valley Cartel money laundering network -- so that's the

02:53PM    5    terrorist organization in that case -- at the time that the

6    writ was ordered, issued and served.  That's at Page 2 of that

7    opinion.

8             So that's exactly what we're talking about, that

9    the finding of whether or not a particular party is an agent or

02:53PM   10    an instrumentality of any other organization, of a terrorist

11    organization, that analysis must be conducted at the time that

12    such an application is sought and here that's November of 2020

13    when we had ceased our operations six months prior to.

14             Now, again, there is a September date where

02:54PM   15    Mr. Caballero perfected his judgment in Texas state court --

16    that's September -- and we have offered to search for and

17    produce documents that were responsive to his discovery request

18    and we've produced, I think, about 900 pages of documents at

19    this point in response to those.

02:54PM   20             But prior to that, we do not see where a scope

21    for a prior time period is justified.  We have not seen any

22    other legal authority that would justify the same; and we think

23    this is a threshold issue, Your Honor.

24         THE COURT:  Okay.  Let's go to the next issue,

02:54PM   25    Mr. Patricios, of your letter, the second one.

1     MR. PATRICIOS:  Sure, Your Honor.

2         The next issue is intrinsically tied with the

3   first with just one twist.  We have had many requests for

4   production interrogatories that asked specifically for

02:54PM  5   communications between Rosneft and PDVSA and Venezuelan

6   government officials and Libre Abordo, which is a company that

7   OFAC alleges replaced Rosneft.

8         When Rosneft was sanctioned and had to shut down,

9   a company stepped in for it, Libre Abordo, and did, according

02:55PM 10   to OFAC, the same role using the same mechanisms and maybe even

11   using the same people and so we wanted in discovery just

12   communications for the relevant time frame, however you were to

13   frame that, between Rosneft and PDVSA, Rosneft and Venezuelan

14   government officials.

02:55PM 15         Our request in our meet and confer, we said we

16   would narrow them to a narrower time frame, but that seeks

17   relevant information.  Our allegation -- and we think we have

18   at least an affidavit on file from the former Assistant

19   Secretary of State and we've also got one from Mr. McBrien that

02:55PM 20   suggested that what Rosneft was doing was assisting PDVSA in

21   its activities, which, in fact, was money laundering for the

22   FARC.

23         Because we're going to have a trial over it,

24   Judge, and because they're insisting they didn't do any of

02:56PM 25   these things, we're asking the relevant questions.  Well, show

1    us your communications with these relevant people.

2            THE COURT:  All right.  Mr. Dollar.

3            MR. DOLLAR:  Okay.  Your Honor, I think there's a

4    number of different grounds.

02:56PM  5            One, we have to remember that as of today -- and

6    I believe it was said in our prior hearing and it was said in

7    the papers that were submitted to the Court -- Mr. Caballero

8    believes that he satisfied his evidentiary burden at this point

9    to show that Rosneft is an agent or instrumentality of the

02:56PM 10   FARC.  Clearly we disagree with that and there will be -- there

11   may be a trial on that issue.

12           So that would then key whether or not it is

13   disproportionate in cost for us to go chase down what we see

14   are very broad, very vague terms within the requests

02:56PM 15   themselves.  We're being asked to produce documents related to

16   the Venezuelan government.  What does that mean to particular

17   individuals without any identification of who they might be?

18           And that's setting aside these timing issues,

19   Your Honor.  Our client has no employees and is a dead

02:57PM 20   corporation and, you know, there's nothing that we can see that

21   would justify moving that date back past, as I said, before,

22   September of 2020.

23           THE COURT:  When did Rosneft go out of business?

24           MR. DOLLAR:  May of 2020.  And we've submitted the

02:57PM 25   board minutes, Your Honor, of the company at the time that took

1   through that the board ordered the company to wind down its

2   operations; it ordered the laying off of all the employees, and

3   it ordered all of the employees to return their computers,

4   their mobile phones; so that the company was effectively wound

02:58PM   5   down.  And that latest date --

6               And it's Page 2, Mr. Patricios, if you see the

7   documents that we produced to you.

8               The latest date, Your Honor, is May 12th of 2020.

9               MR. PATRICIOS:  And, Your Honor, this is

02:58PM   10   Leon Patricios.

11              They were sanctioned on February 28, 2020, and

12   then started to wind down business, but that does not mean that

13   they're absolved from their conduct or they can't have their

14   assets taken by a terrorism victim because they remain blocked

02:58PM   15   to this day by OFAC.  They have not been taken off of the list

16   by OFAC because they've magically disappeared.

17              And it can't be that a company can just stop the

18   business and somehow wipe the slate clean from its conduct,

19   otherwise every company that is being accused of these things

02:58PM   20   will just reconstitute itself.

21              So I don't think they're saying that they get a

22   free pass because they went out of business.  I think they're

23   saying from a discovery point of view, that it's relevant.

24   Well, then they have nothing to produce if they have nothing

02:59PM   25   after May 2020.  That may be the case.

1          But they haven't said, Judge, that there's

2  thousands of e-mails or thousands of documents making it a

3  burden here.  We don't even know if there's ten e-mails with

4  the government officials of Venezuela or ten e-mails with

02:59PM  5  PDVSA.  They haven't told us why it's burdensome for them to

6  search.  And we think it's a very narrow time frame.

7          And then the last issue, Judge, is we asked for

8  the e-mails of Libre Abordo, which we think is the entity that

9  took over the exact routes they were using and that's according

02:59PM  10  to OFAC.

11          So if there's e-mails with Libre Abordo as to how

12  to take over those routes and how to violate U.S. sanctions, we

13  think that's relevant.

14       THE COURT:  Okay.  Let's go to the third part of your

02:59PM  15  request or your letter.

16       MR. PATRICIOS:  Yes, Your Honor.

17          The third part is something that Mr. Brackett

18  just mentioned, and I think it's an important point.  We have

19  asked.  They, Rosneft, claims it is not an agency or

02:59PM  20  instrumentality of the FARC and/or of PDVSA; and we have asked

21  them for the evidence that they think supports that.

22          Their response has been and it is our position

23  that we've already made our evidentiary burden that they are.

24          So, Your Honor, the reason we've got this request

03:00PM  25  out there, it's like a criminal trial.  If we're going to put

1   on our evidence and they're going to do nothing but attack our

2   evidence like a criminal defendant could and then put on no

3   case in chief on their side or no defense on their side, well,

4   then that's fine.  They've got nothing to produce.  They're not

03:00PM   5   going to put any evidence on at trial, they're just going to

6   attack our evidence, then that's fine.  They've got nothing to

7   produce to us.

8           But they are saying the opposite position.

9   They're taking the position that they're not an agency or

03:00PM   10   instrumentality and if they're going to put on evidence at

11   trial, we're entitled to it.

12           Recently Judge Moore in the Southern District of

13   Florida faced a similar situation from a victim of terrorism

14   versus a terrorist or agency or instrumentality.  We put forth

03:00PM   15   affidavits, they put forth nothing.

16           Judge Moore said, well, you haven't rebutted the

17   findings I've already made and therefore the issue has been

18   decided by me and you are an agency or instrumentality.

19           So we have met our evidentiary burden because

03:01PM   20   we've obtained that finding by a court and that has stood.  If

21   they want to just attack our evidence, then I think there's

22   nothing to ask for in this request.

23           If they're going to put on evidence that they

24   believe establishes they're not an agency or instrumentality,

03:01PM   25   just as a criminal defendant would as to that person's

1    innocence, we think we're entitled to that evidence.

2        THE COURT:  Okay.  Mr. Dollar.

3        MR. DOLLAR:  Your Honor, this is a little bit of a

4    head-scratcher if I may.  So we hear that they've taken the

03:01PM  5    position that they have met their evidentiary burden and so

6    then it behooves us -- obviously we have to participate in

7    discovery.  We have.  We've done so in good faith and we've met

8    and conferred on the issues.  We have produced documents in

9    response to their requests.

03:02PM 10        So I don't know what else there is to do with

11   this discovery dispute.  If they believe they have the evidence

12   that they need to go to trial, to submit or to meet their

13   burden of proof as they've said they've already done, isn't

14   discovery over and why are we wasting our time?

03:02PM 15        I just -- I don't know how else to say it.

16   Clearly if there's going to be a document, we understand the

17   rules.  If there's going to be a document that we would submit

18   at trial, it would be produced to the other side.  We have

19   participated in the discovery process and we think that the

03:02PM 20   issues are framed at this point.

21        THE COURT:  All right.  Mr. Patricios, you want to

22   cover the last one, the Swiss privacy laws?

23        MR. PATRICIOS:  Yes.  And, Your Honor, I think based on

24   the representations of the letter we received, that is off the

03:03PM 25   table.  When we had our meet and confer, we did not yet have

1    their documents and they informed us they did not think they

2    were going to take any documents out because of the Swiss

3    privacy laws, that they would merely redact people's phone

4    numbers and addresses.

03:03PM   5         And as it turns out, when we got the production,

6    that's what they did.  We just couldn't tell from the

7    production whether they'd actually withheld any documents and

8    now they've represented in the letter to you that they have not

9    based on the Swiss privacy laws and we're fine with the

03:03PM   10   redactions they made because it's basically people's personal

11   information.

12         So that one, Your Honor, has been, I think,

13   resolved by the correspondence before you.

14         THE COURT:  Okay.  All right.  Here is what I'm going

03:03PM   15   to order.  With regard to the time frame, I'm going to order

16   them to produce documents from February of 1919 [sic] forward.

17         With regard to the third problem, the relevancy,

18   to me this isn't quite ripe.  I mean, if you're in Mr. Dollar's

19   position, I mean as far as he's concerned, every document he

03:04PM   20   has proves they're not, you know, in conspiracy with FARC.

21         So I'm not ordering one way or the other on that,

22   although, Mr. Dollar, I am going to hold you to the fact that

23   before we get to trial, this is, you know, something you're

24   going to have to respond with regard to here are the documents

03:05PM   25   we think are relevant.

1        And then with regard to the second paragraph

2   request, Mr. Patricios, I think this is too broad.  I mean,

3   let's narrow this request and maybe it may be the way it's

4   phrased in this paragraph because I'm looking at your letter.

03:05PM  5   I'm holding your letter in my lap.

6            I mean, this seems much too broad to me.  Can we

7   narrow this request, not necessarily in terms of, you know,

8   like Venezuelan government officials, but I mean, you know, you

9   don't need every paragraph, e-mail or whatever that Rosneft

03:05PM 10   sent to every Venezuelan official.  I mean, you know, it might

11   be something about passports or something.

12       MR. PATRICIOS:  We can narrow it, Judge.  To the oil

13   transactions at issue, we can narrow it.

14       THE COURT:  All right.  Why don't y'all see if you can

03:06PM 15   work that out, but I think Number 2 is much too broad.

16            So if you and Mr. Dollar would get together and I

17   think eventually this is going to come to a head and I think

18   we're teeing the ball up for April when we'll decide the issue

19   of what the de-designation means and some of these other issues

03:06PM 20   about whether this lawsuit goes forward with trial.

21            All right.  My law clerk thought I said 1919.

22   I'm sorry if I did.  I don't want all your World War I

23   documents.

24       MR. PATRICIOS:  Judge, we all understood 2019.  You did

03:07PM 25   say 1919, but I think we all understood you meant 2019.

1          THE COURT:  Sorry.  Senior moment, guys.

2               All right.  Is there anything else that we can

3     resolve today?

4          MR. PATRICIOS:  Not on behalf of the plaintiff,

03:07PM   5     Your Honor.  Thank you.

6          THE COURT:  Mr. Dollar?  Mr. Brackett?

7          MR. DOLLAR:  Nothing right now, Your Honor.

8          MR. BRACKETT:  Nothing, Your Honor.

9          THE COURT:  All right.  All right.  If you can't reach

03:07PM  10     an agreement on Number 2, you know, let's send an e-mail to

11     Rhonda Hawkins, my case manager, and we'll reconvene.

12               But let's narrow it to the issues that are at the

13     heart of this lawsuit or at least at the heart of the claims of

14     the lawsuit.

03:08PM  15               All right.  Thank you, Counsel.

16          MR. PATRICIOS:  Thank you, Judge.

17               (The proceedings were adjourned.)

18                         *  *  *  *

19                    REPORTER'S CERTIFICATE

20               I, Lanie M. Smith, CSR, RMR, CRR, Official
      Court Reporter, United States District Court, Southern District
21     of Texas, do hereby certify that the foregoing is a true and
      correct transcript, to the best of my ability and
22     understanding, from the record of the proceedings in the
      above-entitled and numbered matter.

23

24                         ____/s/ Lanie M. Smith_____
                           Official Court Reporter

25

## /

**/s** [1] - 25:24

## 1

**1** [1] - 10:6
**10019-6022** [1] - 1:20
**11** [1] - 1:7
**1100** [1] - 1:23
**12th** [1] - 19:8
**1301** [1] - 1:19
**1919** [3] - 23:16, 24:21, 24:25

## 2

**2** [5] - 4:20, 16:6, 19:6, 24:15, 25:10
**2016** [2] - 8:17, 11:16
**2019** [7] - 9:6, 9:13, 15:2, 15:4, 15:15, 24:24, 24:25
**2020** [13] - 9:9, 10:21, 10:23, 11:2, 11:5, 11:19, 14:13, 16:12, 18:22, 18:24, 19:8, 19:11, 19:25
**2022** [1] - 1:7
**23219** [1] - 2:2
**25th** [1] - 10:23
**28** [1] - 19:11

## 3

**3** [1] - 10:8
**312** [1] - 1:16
**33134** [1] - 1:17

## 4

**4:21-CV-00140** [1] - 1:4
**4:21-cv-140** [1] - 3:2

## 5

**515** [1] - 2:6

## 7

**77002** [1] - 2:7
**78701** [1] - 1:23

## 8

**800** [1] - 2:2
**8004** [1] - 2:6

## 9

**900** [1] - 16:18
**98** [1] - 1:22

## A

**ability** [1] - 25:21

**Abordo** [4] - 17:6, 17:9, 20:8, 20:11
**above-entitled** [1] - 25:22
**absolved** [1] - 19:13
**accomplished** [2] - 10:7, 12:14
**accord** [2] - 11:16, 14:8, 14:14
**according** [2] - 17:9, 20:9
**accused** [1] - 19:19
**Act** [2] - 5:15, 13:21
**act** [3] - 7:11, 12:22, 14:9
**action** [1] - 6:11
**active** [1] - 3:20
**activities** [1] - 17:21
**add** [1] - 6:3
**addressed** [1] - 4:18
**addresses** [1] - 23:4
**adjourned** [1] - 25:17
**adjudicated** [1] - 6:7
**affect** [2] - 4:24, 4:25
**affidavit** [1] - 17:18
**affidavits** [2] - 14:16, 21:15
**affirmed** [1] - 13:4
**afternoon** [2] - 3:4, 3:7
**afterwards** [1] - 12:23
**agency** [6] - 9:11, 20:19, 21:9, 21:14, 21:18, 21:24
**agent** [8] - 10:4, 10:16, 10:22, 11:14, 12:11, 16:1, 16:9, 18:9
**agree** [4] - 6:10, 7:9, 8:5, 14:19
**agreement** [1] - 25:10
**ahead** [1] - 15:16
**aid** [2] - 5:18, 5:20
**AL** [1] - 1:7
**al** [1] - 3:2
**Alex** [1] - 3:19
**ALEX** [1] - 2:1
**allegation** [1] - 17:17
**alleges** [1] - 17:7
**alleging** [2] - 14:4, 15:11
**allow** [1] - 8:7
**Americas** [1] - 1:19
**analysis** [1] - 16:11
**ANDREW** [1] - 1:10
**announced** [1] - 3:15
**answer** [1] - 5:3
**anticipate** [1] - 3:19
**ANTONIO** [1] - 1:4
**Antonio** [2] - 3:5, 4:5
**anyway** [1] - 7:25
**APPEARANCES** [1] - 1:13
**application** [2] - 10:14, 16:12
**April** [6] - 7:19, 7:21, 7:25, 8:2, 14:20, 24:18
**arbitrary** [1] - 11:22
**aside** [1] - 18:18
**aspect** [2] - 7:4, 11:1
**assets** [6] - 5:16, 5:19, 5:21, 12:24, 13:5, 19:14
**assistance** [3] - 12:19, 13:9, 14:22
**Assistant** [1] - 17:18

**assisted** [2] - 13:6, 15:11
**assisting** [1] - 17:20
**assuming** [1] - 12:3
**attachment** [3] - 5:15, 5:18, 5:20
**attack** [3] - 21:1, 21:6, 21:21
**attempt** [1] - 10:3
**attorney** [2] - 14:11
**Austin** [1] - 1:23
**authority** [1] - 16:22
**automatically** [1] - 5:1
**available** [1] - 12:25
**Avenue** [2] - 1:16, 1:19
**avoid** [2] - 7:14, 12:21

## B

**bad** [1] - 4:13
**ball** [2] - 8:12, 24:18
**based** [4] - 3:25, 16:1, 22:23, 23:9
**basis** [5] - 10:19, 10:22, 11:19, 15:2, 15:4
**BEFORE** [1] - 1:10
**beg** [1] - 15:21
**begins** [2] - 9:13, 11:1
**begs** [1] - 10:2
**behalf** [6] - 3:19, 4:5, 6:24, 7:8, 10:8, 25:4
**behooves** [1] - 22:6
**believes** [1] - 18:8
**beneficial** [1] - 8:6
**best** [1] - 25:21
**between** [3] - 3:20, 17:5, 17:13
**beyond** [2] - 5:21, 6:3
**bit** [1] - 22:3
**block** [1] - 15:6
**blockade** [1] - 7:11
**blocked** [9] - 4:13, 4:14, 5:16, 7:12, 12:24, 12:25, 15:9, 15:13, 19:14
**board** [2] - 18:25, 19:1
**books** [1] - 13:17
**Boulevard** [1] - 1:22
**Brackett** [9] - 3:19, 5:5, 5:8, 6:2, 8:4, 12:3, 15:16, 20:17, 25:6
**BRACKETT** [6] - 2:1, 3:18, 6:3, 8:5, 12:5, 25:8
**branch** [5] - 4:9, 14:14, 14:15, 14:16, 14:17
**brief** [10] - 3:25, 4:7, 4:17, 5:3, 5:11, 6:25, 7:3, 8:2, 8:7, 11:24
**briefed** [3] - 4:21, 6:16, 9:19
**briefing** [4] - 5:4, 5:12, 14:20, 15:22
**briefly** [1] - 5:10
**briefs** [3] - 7:19, 7:21, 8:3
**broad** [4] - 18:14, 24:2, 24:6, 24:15
**broken** [1] - 7:13
**brought** [2] - 7:25, 13:23
**burden** [6] - 18:8, 20:3, 20:23, 21:19, 22:5, 22:13
**burdensome** [1] - 20:5

**business** [12] - 9:8, 9:15, 11:3, 11:7, 11:23, 14:25, 15:7, 15:8, 18:23, 19:12, 19:18, 19:22

## C

**Caballero** [7] - 3:2, 3:5, 4:5, 11:13, 11:20, 16:15, 18:7
**CABALLERO** [1] - 1:4
**Caballero's** [1] - 9:24
**Canal** [1] - 2:2
**Cartel** [1] - 16:4
**case** [22] - 4:3, 7:21, 7:23, 7:24, 8:9, 9:20, 9:23, 10:19, 10:25, 11:18, 12:18, 12:23, 13:2, 14:1, 15:1, 15:24, 16:1, 16:3, 16:5, 19:25, 21:3, 25:11
**cases** [9] - 7:9, 10:10, 13:12, 13:18, 13:19, 13:22, 14:1, 14:5
**ceased** [1] - 16:13
**central** [1] - 7:24
**certainly** [3] - 6:10, 9:19, 14:19
**CERTIFICATE** [1] - 25:19
**certify** [1] - 25:21
**change** [1] - 5:2
**changes** [1] - 4:23
**chase** [1] - 18:13
**chief** [1] - 21:3
**chronology** [2] - 10:17, 14:24
**Circuit** [3] - 10:11, 10:12, 13:3
**circumstance** [1] - 5:2
**cite** [1] - 13:12
**cited** [4] - 9:23, 10:25, 13:2, 14:1
**claims** [2] - 20:19, 25:13
**clarifying** [1] - 15:22
**clean** [1] - 19:18
**clear** [6] - 4:11, 12:18, 13:1, 13:2, 15:23, 15:25
**clearly** [4] - 6:5, 6:7, 18:10, 22:16
**clerk** [1] - 24:21
**client** [6] - 7:1, 10:23, 11:2, 11:4, 11:23, 18:19
**clock** [1] - 10:25
**closed** [1] - 12:21
**collections** [1] - 4:23
**communications** [3] - 17:5, 17:12, 18:1
**companies** [2] - 9:7, 15:6
**company** [11] - 11:12, 15:12, 17:6, 17:9, 18:25, 19:1, 19:4, 19:17, 19:19
**complete** [1] - 8:1
**compromise** [1] - 15:14
**computer** [1] - 1:25
**computers** [2] - 11:11, 19:3
**concerned** [1] - 23:19
**conduct** [3] - 4:13, 19:13, 19:18
**conducted** [1] - 16:11
**confer** [2] - 17:15, 22:25
**conference** [1] - 11:9
**conferred** [1] - 22:8

**consequence** [1] - 7:15
**consequences** [1] - 12:22
**conservative** [1] - 11:19
**consider** [2] - 8:8
**conspiracy** [1] - 23:20
**context** [1] - 6:7
**continue** [3] - 12:8, 14:9, 14:10
**continued** [1] - 15:8
**contradict** [1] - 11:1
**controlled** [4] - 10:9, 12:16, 13:14, 13:17
**Coral** [1] - 1:17
**corporation** [1] - 18:20
**correct** [2] - 12:5, 25:21
**correspondence** [1] - 23:13
**cost** [2] - 7:2, 18:13
**cost-saving** [1] - 7:2
**costs** [1] - 6:19
**Counsel** [1] - 25:15
**counsel** [4] - 9:24, 12:10, 14:1, 14:19
**County** [1] - 10:19
**court** [5] - 4:17, 10:21, 11:21, 16:15, 21:20
**COURT** [28] - 1:1, 3:2, 3:6, 3:11, 3:17, 3:22, 5:5, 6:2, 6:13, 8:4, 8:10, 12:1, 12:3, 12:7, 15:2, 15:16, 15:18, 16:24, 18:2, 18:23, 20:14, 22:2, 22:21, 23:14, 24:14, 25:1, 25:6, 25:9
**Court** [13] - 2:4, 2:4, 2:5, 8:7, 8:23, 10:13, 13:13, 13:21, 16:1, 18:7, 25:20, 25:24
**Court's** [1] - 15:21
**cover** [1] - 22:22
**criminal** [3] - 20:25, 21:2, 21:25
**critical** [1] - 9:22
**CRR** [2] - 2:4, 25:20
**crucial** [2] - 13:23, 14:18
**CSR** [2] - 2:4, 25:20

## D

**Danit** [1] - 3:16
**DANIT** [1] - 1:15
**Darmon** [1] - 3:16
**DARMON** [1] - 1:15
**date** [14] - 9:3, 9:10, 9:11, 9:14, 11:9, 11:13, 11:18, 11:22, 15:3, 15:5, 16:14, 18:21, 19:5, 19:8
**de** [3] - 5:13, 6:12, 24:19
**de-designation** [3] - 5:13, 6:12, 24:19
**dead** [2] - 11:12, 18:19
**dealing** [1] - 14:17
**dealings** [1] - 13:7
**decide** [3] - 8:23, 9:2, 24:18
**decided** [2] - 7:22, 21:18
**defendant** [4] - 16:2, 16:3, 21:2, 21:25
**defense** [1] - 21:3
**delisted** [3] - 4:2, 4:8, 4:11
**Department's** [1] - 5:13

**depositions** [2] - 6:18, 7:18
**designated** [1] - 7:12
**designation** [6] - 4:24, 5:13, 6:12, 10:15, 24:19
**determination** [3] - 10:11, 10:13, 10:22
**difference** [3] - 4:3, 4:6, 4:19
**different** [1] - 18:4
**directed** [2] - 10:9, 12:16
**disagree** [1] - 18:10
**disappeared** [1] - 19:16
**discovery** [24] - 3:23, 3:24, 5:10, 7:17, 7:19, 8:1, 8:13, 8:15, 8:16, 8:23, 9:2, 9:12, 11:17, 11:22, 14:21, 16:17, 17:11, 19:23, 22:7, 22:11, 22:14, 22:19
**dispositive** [2] - 8:9, 11:18
**disproportionate** [1] - 18:13
**dispute** [3] - 3:23, 8:21, 22:11
**disputes** [1] - 3:24
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [7] - 2:5, 2:5, 10:12, 13:4, 13:8, 14:12, 21:12, 25:20
**diversity** [1] - 13:24
**divested** [1] - 5:14
**DIVISION** [1] - 1:2
**document** [5] - 7:17, 14:24, 22:16, 22:17, 23:19
**documented** [1] - 11:5
**documents** [14] - 11:3, 11:12, 16:17, 16:18, 18:15, 19:7, 20:2, 22:8, 23:1, 23:2, 23:7, 23:16, 23:24, 24:23
**dog** [2] - 12:4, 12:6
**Dollar** [6] - 3:8, 5:5, 6:24, 9:21, 15:17, 15:18
**dollar** [8] - 5:7, 6:9, 8:6, 18:2, 22:2, 23:22, 24:16, 25:6
**DOLLAR** [11] - 1:18, 3:7, 5:7, 6:24, 9:21, 15:17, 15:19, 18:3, 18:24, 22:3, 25:7
**dollar's** [1] - 23:18
**done** [4] - 7:17, 10:19, 22:7, 22:13
**down** [9] - 6:17, 12:20, 12:21, 12:22, 17:8, 18:13, 19:1, 19:5, 19:12
**drug** [2] - 14:15, 14:17
**drug-dealing** [1] - 14:17
**drugs** [4] - 4:9, 4:12, 14:10, 14:13
**due** [1] - 7:19

## E

**e-mail** [2] - 24:9, 25:10
**e-mails** [5] - 20:2, 20:3, 20:4, 20:8, 20:11
**earliest** [1] - 11:20
**East** [1] - 2:2
**economy** [3] - 6:14, 7:2
**effectively** [1] - 19:4
**efficient** [1] - 7:16
**either** [1] - 10:5
**Eleventh** [1] - 13:3

**embargo** [1] - 9:16
**employees** [4] - 11:10, 18:19, 19:2, 19:3
**end** [1] - 11:16
**entitled** [3] - 21:11, 22:1, 25:22
**entity** [4] - 13:5, 13:13, 13:16, 20:8
**EP** [2] - 4:15, 4:16
**especially** [1] - 15:7
**essential** [1] - 7:23
**establish** [1] - 14:6
**establishes** [1] - 21:24
**et** [1] - 3:2
**ET** [1] - 1:7
**eventually** [1] - 24:17
**evidence** [10] - 20:21, 21:1, 21:2, 21:5, 21:6, 21:10, 21:21, 21:23, 22:1, 22:11
**evidentiary** [4] - 18:8, 20:23, 21:19, 22:5
**ex** [2] - 10:19, 10:21
**exact** [1] - 20:9
**exactly** [1] - 16:8
**execution** [3] - 5:17, 5:19, 5:20
**exempt** [1] - 5:1
**exercise** [1] - 7:3
**expert** [1] - 7:18
**explicit** [1] - 13:4
**expressed** [1] - 6:10
**expressly** [1] - 16:1
**extent** [1] - 15:10

**F**

**face** [1] - 7:11
**faced** [1] - 21:13
**fact** [4] - 4:2, 16:2, 17:21, 23:22
**facts** [1] - 6:7
**faith** [1] - 22:7
**far** [2] - 3:24, 23:19
**FARC** [21] - 4:2, 4:8, 4:10, 4:15, 4:16, 5:13, 10:7, 10:8, 10:9, 10:16, 11:14, 11:15, 13:7, 14:13, 14:15, 17:22, 18:10, 20:20, 23:20
**FARC-EP** [2] - 4:15, 4:16
**February** [3] - 9:9, 19:11, 23:16
**Federal** [1] - 13:20
**few** [2] - 7:18, 8:20
**Fifth** [1] - 10:11
**fight** [2] - 12:4, 12:6
**figured** [1] - 4:4
**file** [2] - 12:23, 17:18
**filed** [2] - 14:1, 15:1
**findings** [1] - 21:17
**fine** [3] - 21:4, 21:6, 23:9
**fired** [1] - 11:10
**firm** [1] - 3:9
**first** [1] - 17:3
**five** [1] - 8:18
**Florida** [4] - 1:17, 13:4, 13:8, 21:13
**folks** [1] - 9:4

**FOR** [3] - 1:14, 1:18, 2:1
**foregoing** [1] - 25:21
**foreign** [2] - 10:20, 11:20
**former** [1] - 17:18
**forth** [2] - 21:14, 21:15
**forward** [2] - 23:16, 24:20
**forwarded** [1] - 11:4
**four** [1] - 8:17
**four-year** [1] - 8:17
**frame** [12] - 8:15, 8:17, 8:20, 8:25, 9:12, 15:12, 15:14, 17:12, 17:13, 17:16, 20:6, 23:15
**framed** [1] - 22:20
**frankly** [1] - 10:1
**free** [2] - 13:1, 19:22
**FSIA** [1] - 13:20
**Fulbright** [3] - 1:19, 1:22, 3:8
**function** [2] - 10:6, 12:14

**G**

**Gables** [1] - 1:17
**Gabriela** [1] - 3:16
**GABRIELA** [1] - 1:15
**general** [2] - 5:9, 14:11
**given** [1] - 6:11
**government** [6] - 4:11, 17:6, 17:14, 18:16, 20:4, 24:8
**gritty** [1] - 3:22
**grounds** [1] - 18:4
**group** [1] - 5:14
**guidance** [1] - 4:22
**guys** [1] - 25:1

**H**

**HANEN** [1] - 1:10
**happy** [2] - 5:11, 8:21
**Hawkins** [1] - 25:11
**head** [2] - 22:4, 24:17
**head-scratcher** [1] - 22:4
**hear** [1] - 22:4
**HEARD** [1] - 1:10
**heard** [1] - 12:10
**hearing** [1] - 18:6
**heart** [1] - 25:13
**HELD** [1] - 1:9
**hereby** [1] - 25:21
**history** [1] - 10:18
**hold** [1] - 23:22
**holding** [1] - 24:5
**Honor** [46] - 3:7, 3:13, 3:18, 4:4, 5:3, 5:7, 5:11, 5:23, 5:25, 6:24, 7:5, 7:7, 7:23, 8:5, 8:8, 8:14, 8:22, 9:1, 9:17, 9:19, 9:21, 10:17, 10:24, 11:24, 12:2, 12:5, 13:24, 14:18, 14:20, 15:10, 15:19, 16:23, 17:1, 18:3, 18:19, 18:25, 19:8, 19:9, 20:16, 20:24, 22:3, 22:23, 23:12, 25:5, 25:7, 25:8
**HONORABLE** [1] - 1:10

**host** [1] - 5:23
**Houston** [1] - 2:7
**HOUSTON** [2] - 1:2, 1:5

**I**

**i.e** [1] - 13:17
**identification** [1] - 18:17
**Immunities** [1] - 13:21
**important** [2] - 14:7, 20:18
**INC** [2] - 1:7, 2:1
**indicate** [1] - 15:25
**indicated** [1] - 6:6
**indicates** [1] - 6:5
**indication** [1] - 15:24
**indicted** [1] - 14:12
**individuals** [1] - 18:17
**information** [2] - 17:17, 23:11
**informed** [1] - 23:1
**innocence** [1] - 22:1
**insisting** [1] - 17:24
**instrumentality** [14] - 9:12, 10:4, 10:16, 10:22, 11:14, 12:11, 16:2, 16:10, 18:9, 20:20, 21:10, 21:14, 21:18, 21:24
**Insurance** [1] - 5:15
**interim** [1] - 9:3
**interrogatories** [1] - 17:4
**intrinsically** [1] - 17:2
**invest** [1] - 6:23
**involved** [1] - 13:6
**issue** [25] - 4:13, 4:18, 5:11, 5:24, 6:5, 6:6, 6:25, 7:1, 7:3, 8:15, 8:24, 9:3, 9:18, 9:22, 11:18, 14:18, 16:23, 16:24, 17:2, 18:10, 20:7, 21:17, 24:13, 24:18
**issued** [1] - 16:6
**issues** [1] - 3:20, 5:23, 7:20, 7:22, 8:7, 8:13, 18:18, 22:8, 22:20, 24:19, 25:12
**items** [1] - 6:18
**itself** [3] - 15:5, 15:9, 19:20

**J**

**Jacinto** [1] - 1:22
**JANUARY** [1] - 1:7
**January** [3] - 9:6, 9:13, 15:15
**judge** [2] - 13:2, 24:24
**Judge** [12] - 4:5, 4:17, 12:9, 13:19, 15:5, 17:24, 20:1, 20:7, 21:12, 21:16, 24:12, 25:16
**JUDGE** [1] - 1:10
**judgment** [6] - 4:16, 5:18, 5:20, 10:20, 11:21, 16:15
**judicial** [2] - 6:13, 7:2
**jurisdiction** [4] - 13:19, 13:22, 13:25, 14:6
**justified** [1] - 16:21
**justify** [2] - 16:22, 18:21

## K

**keep** [1] - 14:8
**key** [1] - 18:12
**kind** [1] - 6:19
**known** [1] - 4:15
**knows** [1] - 13:24

## L

**laid** [2] - 6:4, 7:4
**Lanie** [3] - 2:4, 25:20, 25:24
**lap** [1] - 24:5
**last** [3] - 11:8, 20:7, 22:22
**latest** [2] - 19:5, 19:8
**laundering** [4] - 13:6, 15:11, 16:4, 17:21
**law** [8] - 7:14, 9:7, 9:8, 9:18, 10:25, 12:18, 13:2, 24:21
**laws** [3] - 22:22, 23:3, 23:9
**lawsuit** [4] - 6:21, 24:20, 25:13, 25:14
**lawyers** [1] - 3:14
**laying** [1] - 19:2
**least** [4] - 3:24, 6:7, 17:18, 25:13
**legal** [2] - 8:24, 16:22
**LEON** [1] - 1:14
**Leon** [5] - 3:4, 3:13, 4:5, 7:7, 19:10
**letter** [8] - 7:5, 8:11, 16:25, 20:15, 22:24, 23:8, 24:4, 24:5
**Libre** [4] - 17:6, 17:9, 20:8, 20:11
**lie** [1] - 11:22
**limitation** [4] - 12:19, 13:1, 13:9, 14:23
**line** [4] - 3:3, 3:9, 3:12, 3:14
**list** [2] - 15:6, 19:15
**listening** [1] - 3:14
**LLP** [3] - 1:19, 1:22, 2:1
**look** [3] - 3:23, 4:20, 15:12
**looking** [5] - 7:23, 13:16, 13:18, 14:3, 24:4

## M

**Maduro** [1] - 14:12
**magically** [1] - 19:16
**mail** [2] - 24:9, 25:10
**mails** [5] - 20:2, 20:3, 20:4, 20:8, 20:11
**majors** [1] - 11:8
**manager** [1] - 25:11
**MARK** [2] - 1:18, 1:21
**Mark** [1] - 3:10
**material** [4] - 10:6, 10:7, 12:14, 14:22
**materials** [1] - 12:15
**matter** [2] - 13:22, 25:22
**maximization** [1] - 7:10
**McBrien** [1] - 17:19
**McGuire** [1] - 2:1
**mean** [8] - 18:16, 19:12, 23:18, 23:19, 24:2, 24:6, 24:8, 24:10
**means** [4] - 10:5, 10:6, 12:13, 24:19

**meant** [1] - 24:25
**measure** [1] - 13:25
**measuring** [2] - 8:25, 9:11
**mechanical** [1] - 1:24
**mechanisms** [1] - 17:10
**meet** [3] - 17:15, 22:12, 22:25
**MELTZER** [1] - 1:21
**Meltzer** [1] - 3:10
**member** [1] - 16:3
**mention** [2] - 4:7, 11:18
**mentioned** [1] - 20:18
**merely** [1] - 23:3
**merits** [1] - 9:20
**met** [3] - 21:19, 22:5, 22:7
**Middle** [1] - 13:4
**might** [3] - 8:8, 18:17, 24:10
**military** [1] - 4:8
**Minorca** [1] - 1:16
**minutes** [2] - 11:4, 18:25
**mobile** [2] - 11:11, 19:4
**moment** [1] - 25:1
**money** [6] - 6:19, 6:23, 13:6, 15:11, 16:4, 17:21
**Montgomery** [1] - 10:19
**months** [5] - 8:20, 11:3, 11:6, 11:13, 16:13
**Moore** [2] - 21:12, 21:16
**most** [2] - 10:18, 15:11
**MOTION** [1] - 1:9
**moved** [1] - 10:21
**moving** [1] - 18:21
**MR** [37] - 1:14, 1:18, 1:21, 1:21, 2:1, 3:4, 3:7, 3:13, 3:18, 4:4, 5:7, 6:3, 6:24, 7:7, 8:5, 8:14, 9:21, 11:24, 12:2, 12:5, 12:9, 15:4, 15:17, 15:19, 17:1, 18:3, 18:24, 19:9, 20:16, 22:3, 22:23, 24:12, 24:24, 25:4, 25:7, 25:8, 25:16
**MS** [2] - 1:15, 1:15
**must** [2] - 10:14, 16:11

## N

**narrow** [7] - 17:16, 20:6, 24:3, 24:7, 24:12, 24:13, 25:12
**narrower** [1] - 17:16
**natural** [3] - 9:10, 9:14, 15:12
**necessarily** [1] - 24:7
**need** [5] - 5:4, 5:12, 14:6, 22:12, 24:9
**network** [1] - 16:4
**New** [3] - 1:20, 10:12, 14:12
**next** [2] - 16:24, 17:2
**nexus** [1] - 13:7
**nitty** [1] - 3:22
**nitty-gritty** [1] - 3:22
**nonetheless** [1] - 10:3
**North** [1] - 16:4
**Norton** [3] - 1:19, 1:22, 3:8
**nothing** [12] - 11:1, 14:21, 18:20, 19:24, 21:1, 21:4, 21:6, 21:15, 21:22,

25:7, 25:8
**notice** [1] - 4:10
**notion** [1] - 9:25
**November** [5] - 8:17, 10:23, 11:2, 11:19, 16:12
**number** [2] - 4:14, 18:4
**Number** [5] - 4:20, 10:6, 10:8, 24:15, 25:10
**numbered** [1] - 25:22
**numbers** [1] - 23:4
**NY** [1] - 1:20

## O

**Oakes** [1] - 3:10
**OAKES** [1] - 1:21
**obey** [1] - 9:7
**objections** [1] - 5:10
**obtained** [1] - 21:20
**obviously** [2] - 5:3, 22:6
**occurred** [1] - 14:23
**OF** [2] - 1:1, 1:9
**OFAC** [9] - 4:22, 4:23, 7:12, 17:7, 17:10, 19:15, 19:16, 20:10
**offered** [1] - 16:16
**office** [1] - 3:14
**Official** [4] - 2:4, 2:4, 25:20, 25:24
**official** [1] - 24:10
**officials** [4] - 17:6, 17:14, 20:4, 24:8
**oil** [2] - 11:8, 24:12
**once** [1] - 4:22
**one** [17] - 4:14, 4:18, 4:23, 5:24, 7:4, 7:13, 9:23, 10:5, 10:10, 15:21, 16:25, 17:3, 17:19, 18:5, 22:22, 23:12, 23:21
**ones** [1] - 13:12
**ongoing** [1] - 4:24
**operations** [4] - 11:5, 11:9, 16:13, 19:2
**opinion** [1] - 16:7
**opportunity** [1] - 8:7
**opposite** [1] - 21:8
**order** [2] - 23:15
**ordered** [5] - 11:10, 16:6, 19:1, 19:2, 19:3
**ordering** [1] - 23:21
**organization** [3] - 16:5, 16:10, 16:11
**otherwise** [3] - 12:19, 14:24, 19:19
**ought** [1] - 6:16
**overwhelming** [1] - 3:23
**owned** [5] - 10:9, 12:16, 13:14, 13:16, 14:4
**ownership** [2] - 14:2, 14:5

## P

**P.A** [1] - 1:16
**page** [1] - 7:4
**Page** [2] - 16:6, 19:6
**pages** [1] - 16:18
**papers** [2] - 13:3, 18:7
**paragraph** [3] - 24:1, 24:4, 24:9

**part** [8] - 4:8, 4:9, 8:2, 9:19, 12:10, 14:20, 20:14, 20:17
**parte** [2] - 10:19, 10:21
**participate** [1] - 22:6
**participated** [1] - 22:19
**particular** [3] - 14:6, 16:9, 18:16
**parties** [7] - 6:22, 7:12, 7:13, 8:2, 8:6, 8:15
**party** [7] - 4:11, 5:14, 5:17, 12:14, 12:16, 12:17, 16:9
**pass** [1] - 19:22
**passports** [1] - 24:11
**past** [5] - 4:21, 12:12, 12:17, 13:7, 18:21
**patience** [1] - 15:21
**PATRICIOS** [18] - 1:14, 3:4, 3:13, 4:4, 7:7, 8:14, 11:24, 12:2, 12:9, 15:4, 17:1, 19:9, 20:16, 22:23, 24:12, 24:24, 25:4, 25:16
**Patricios** [13] - 1:16, 3:4, 3:13, 4:5, 6:5, 7:7, 8:11, 12:7, 16:25, 19:6, 19:10, 22:21, 24:2
**Patricios'** [1] - 15:24
**PDVSA** [14] - 9:6, 9:8, 9:13, 9:15, 11:7, 15:5, 15:8, 15:13, 17:5, 17:13, 17:20, 20:5, 20:20
**peace** [3] - 11:16, 14:8, 14:14
**people** [3] - 11:10, 17:11, 18:1
**people's** [2] - 23:3, 23:10
**perfected** [1] - 16:15
**perhaps** [1] - 15:22
**period** [1] - 16:21
**person** [1] - 13:5
**person's** [1] - 21:25
**personal** [1] - 23:10
**perspective** [2] - 13:24, 13:25
**phase** [1] - 9:2
**phone** [2] - 4:1, 23:3
**phones** [2] - 11:11, 19:4
**phrased** [1] - 24:4
**PLAINTIFF** [1] - 1:14
**plaintiff** [6] - 3:5, 7:8, 9:24, 10:20, 11:12, 25:4
**plaintiffs** [2] - 3:3, 3:21
**point** [9] - 8:18, 9:14, 11:2, 11:15, 16:19, 18:8, 19:23, 20:18, 22:20
**points** [1] - 15:20
**political** [4] - 4:9, 4:11, 14:14, 14:16
**portion** [1] - 4:15
**position** [8] - 5:9, 5:22, 8:5, 20:22, 21:8, 21:9, 22:5, 23:19
**positions** [1] - 6:4
**posture** [1] - 6:8
**precedent** [1] - 10:13
**prehearing** [3] - 7:19, 7:21, 8:3
**present** [3] - 5:16, 8:18, 15:15
**primarily** [1] - 3:20
**principal** [1] - 8:14
**privacy** [3] - 22:22, 23:3, 23:9

**problem** [1] - 23:17
**procedural** [2] - 6:8, 10:18
**proceedings** [6] - 4:23, 4:24, 4:25, 5:2, 25:17, 25:22
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 1:9
**process** [3] - 8:2, 8:24, 22:19
**produce** [7] - 14:25, 16:17, 18:15, 19:24, 21:4, 21:7, 23:16
**produced** [7] - 1:25, 11:3, 11:11, 16:18, 19:7, 22:8, 22:18
**production** [3] - 17:4, 23:5, 23:7
**prong** [1] - 13:11
**proof** [1] - 22:13
**proper** [4] - 8:25, 9:11, 11:17, 11:18
**prove** [1] - 10:1
**proven** [1] - 10:2
**proves** [1] - 23:20
**provided** [2] - 10:7, 12:15
**providing** [2] - 12:19, 13:9
**provision** [1] - 5:15
**purposes** [2] - 9:12, 14:21
**put** [9] - 7:20, 15:5, 20:25, 21:2, 21:5, 21:10, 21:14, 21:15, 21:23

### Q

**questions** [1] - 17:25
**quick** [1] - 15:19
**quickly** [2] - 4:7, 15:19
**quite** [2] - 4:7, 23:18
**quote** [1] - 13:8

### R

**rather** [1] - 5:19
**reach** [2] - 5:21, 25:9
**really** [2] - 6:6, 6:14
**reason** [3] - 4:19, 6:11, 20:24
**reasonable** [1] - 9:4
**reasons** [1] - 4:6
**rebutted** [1] - 21:16
**received** [1] - 22:24
**recently** [1] - 21:12
**recite** [1] - 12:10
**reconstitute** [1] - 19:20
**reconvene** [1] - 25:11
**record** [2] - 15:23, 25:22
**recorded** [1] - 1:24
**recovery** [1] - 7:10
**redact** [1] - 23:3
**redactions** [1] - 23:10
**referencing** [1] - 14:8
**regard** [7] - 5:24, 11:4, 14:22, 23:15, 23:17, 23:24, 24:1
**regards** [1] - 7:1
**registered** [2] - 10:20, 11:20
**regulations** [1] - 4:22
**related** [1] - 18:15

**relevancy** [1] - 23:17
**relevant** [9] - 14:5, 14:9, 17:12, 17:17, 17:25, 18:1, 19:23, 20:13, 23:25
**remain** [2] - 4:13, 19:14
**remember** [1] - 18:5
**reminded** [1] - 10:18
**REMOTELY** [1] - 1:9
**removal** [1] - 13:25
**replaced** [1] - 17:7
**Reporter** [4] - 2:4, 2:4, 25:20, 25:24
**REPORTER'S** [1] - 25:19
**representations** [1] - 22:24
**represented** [1] - 23:8
**request** [8] - 16:17, 17:15, 20:15, 20:24, 21:22, 24:2, 24:3, 24:7
**requests** [4] - 8:16, 17:3, 18:14, 22:9
**required** [2] - 10:1, 10:3
**requirement** [1] - 13:18
**resolve** [4] - 8:22, 9:1, 9:18, 25:3
**resolved** [1] - 23:13
**respond** [1] - 23:24
**response** [4] - 11:24, 16:19, 20:22, 22:9
**responses** [1] - 5:10
**responsive** [1] - 16:17
**result** [1] - 9:9
**return** [2] - 11:10, 19:3
**Rhonda** [1] - 25:11
**Richmond** [1] - 2:2
**ripe** [1] - 23:18
**Risk** [1] - 5:15
**RMR** [2] - 2:4, 25:20
**role** [2] - 3:20, 17:10
**rolling** [1] - 8:12
**Room** [1] - 2:6
**Rose** [3] - 1:19, 1:22, 3:8
**Rosell** [1] - 3:16
**ROSELL** [1] - 1:15
**Rosneft** [23] - 3:6, 3:9, 3:21, 6:25, 7:13, 8:19, 9:8, 9:14, 10:15, 12:13, 12:20, 15:8, 16:3, 17:5, 17:7, 17:8, 17:13, 17:20, 18:9, 18:23, 20:19, 24:9
**ROSNEFT** [1] - 1:18
**routes** [2] - 20:9, 20:12
**rule** [2] - 3:25, 4:21
**ruled** [1] - 6:17
**rules** [1] - 22:17
**run** [2] - 6:21, 14:10
**running** [4] - 4:9, 4:12, 6:17, 14:13
**Rusk** [1] - 2:6
**Ryan** [1] - 3:10
**RYAN** [1] - 1:21

### S

**SA** [2] - 1:18, 3:9
**San** [1] - 1:22
**sanctioned** [5] - 9:6, 9:9, 9:13, 17:8, 19:11

**sanctions** [1] - 20:12
**satisfied** [1] - 18:8
**saving** [2] - 7:2
**schedule** [1] - 7:16
**scope** [4] - 8:20, 11:17, 11:22, 16:20
**scratcher** [1] - 22:4
**search** [2] - 16:16, 20:6
**second** [2] - 16:25, 24:1
**Second** [1] - 10:11
**Secretary** [1] - 17:19
**see** [6] - 7:1, 16:20, 18:13, 18:20, 19:6, 24:14
**seeking** [2] - 10:14, 10:15
**seeks** [1] - 17:16
**seem** [1] - 6:21
**send** [1] - 25:10
**senior** [1] - 25:1
**sent** [1] - 24:10
**separate** [1] - 14:16
**September** [5] - 10:21, 11:20, 16:14, 16:16, 18:22
**served** [1] - 16:6
**services** [2] - 10:7, 12:15
**set** [1] - 5:9
**setting** [2] - 9:10, 18:18
**settled** [1] - 6:5
**several** [1] - 4:6
**shall** [1] - 5:17
**shop** [2] - 12:20, 12:22
**show** [9] - 10:3, 10:4, 10:5, 11:13, 12:13, 14:16, 14:21, 17:25, 18:9
**shut** [3] - 12:20, 12:22, 17:8
**sic** [2] - 13:20, 23:16
**side** [6] - 7:22, 8:19, 9:5, 21:3, 22:18
**signed** [1] - 11:16
**similar** [1] - 21:17
**situation** [1] - 21:13
**six** [4] - 11:3, 11:6, 11:12, 16:13
**slate** [1] - 19:18
**Smith** [3] - 2:4, 25:20, 25:24
**sorry** [4] - 3:14, 15:18, 24:22, 25:1
**sought** [1] - 16:12
**SOUTHERN** [1] - 1:1
**Southern** [5] - 10:12, 13:8, 14:12, 21:12, 25:20
**southern** [1] - 2:5
**Sovereign** [1] - 13:20
**specifically** [1] - 17:4
**spend** [1] - 6:17
**Stancil** [2] - 13:3, 15:24
**start** [2] - 4:22, 9:25
**started** [2] - 8:12, 19:12
**starts** [2] - 9:23, 10:25
**state** [3] - 10:20, 11:21, 16:15
**State** [2] - 5:13, 17:19
**States** [9] - 2:5, 7:14, 9:6, 9:16, 13:13, 14:11, 15:7, 25:20
**STATES** [2] - 1:1, 1:10
**status** [1] - 5:14

**statute** [1] - 7:10
**stenography** [1] - 1:24
**STEPHEN** [1] - 1:18
**stepped** [1] - 17:9
**Steve** [3] - 3:8, 6:24, 9:21
**still** [2] - 4:12, 6:11
**stock** [1] - 13:17
**stone** [1] - 9:11
**stood** [1] - 21:20
**stop** [1] - 19:17
**stopped** [2] - 7:22, 15:7
**Street** [1] - 2:2
**stuff** [1] - 6:19
**subject** [5] - 5:17, 5:19, 13:22, 15:22
**submit** [4] - 5:12, 11:16, 22:12, 22:17
**submitted** [3] - 7:5, 18:7, 18:24
**suggested** [3] - 9:5, 15:14, 17:20
**suggestion** [2] - 15:2, 15:4
**Suite** [1] - 1:23
**summarize** [1] - 5:11
**support** [2] - 10:8, 12:15
**supports** [1] - 20:21
**Supreme** [2] - 10:13, 13:13
**suspect** [1] - 5:25
**Swiss** [3] - 22:22, 23:2, 23:9
**switch** [1] - 8:10

## T

**table** [1] - 22:25
**teeing** [1] - 24:18
**temporal** [4] - 12:18, 12:25, 13:9, 13:18
**ten** [2] - 20:3, 20:4
**tense** [3] - 5:16, 12:12, 12:17
**terms** [2] - 18:14, 24:7
**terrorism** [2] - 19:14, 21:13
**Terrorism** [1] - 5:15
**terrorist** [9] - 5:14, 5:17, 12:12, 12:14, 12:15, 12:16, 16:5, 16:10, 21:14
**terrorists** [3] - 12:19, 13:10, 14:10
**test** [4] - 12:11, 13:14, 14:2
**Texas** [9] - 1:23, 2:5, 2:7, 9:7, 10:20, 11:21, 15:7, 16:15, 25:21
**TEXAS** [2] - 1:1, 1:5
**THE** [29] - 1:10, 1:14, 3:2, 3:6, 3:11, 3:17, 3:22, 5:5, 6:2, 6:13, 8:4, 8:10, 12:1, 12:3, 12:7, 15:2, 15:16, 15:18, 16:24, 18:2, 18:23, 20:14, 22:2, 22:21, 23:14, 24:14, 25:1, 25:6, 25:9
**themselves** [1] - 18:15
**thereafter** [2] - 9:7, 15:6
**therefore** [3] - 12:23, 15:9, 21:17
**they've** [9] - 10:1, 19:16, 21:4, 21:6, 22:4, 22:13, 23:8
**third** [3] - 20:14, 20:17, 23:17
**thousands** [1] - 20:2
**three** [3] - 6:22, 10:5, 12:10
**three-part** [1] - 12:10

**threshold** [4] - 5:24, 7:1, 9:22, 16:23
**throw** [1] - 9:17
**throwing** [1] - 6:20
**tied** [1] - 17:2
**time-saving** [1] - 7:2
**timing** [6] - 5:24, 7:3, 9:23, 11:1, 13:22, 18:18
**today** [4] - 14:9, 14:10, 18:5, 25:3
**today's** [1] - 5:25
**together** [2] - 24:16
**took** [2] - 18:25, 20:9
**Trading** [1] - 3:9
**TRADING** [1] - 1:18
**transactions** [1] - 24:13
**TRANSCRIPT** [1] - 1:9
**transcript** [2] - 1:25, 25:21
**TRIA** [3] - 5:21, 7:10, 12:25
**trial** [9] - 17:23, 18:11, 20:25, 21:5, 21:11, 21:12, 22:18, 23:23, 24:20
**true** [2] - 25:21
**trying** [2] - 6:21, 10:3
**turns** [1] - 23:5
**twist** [1] - 17:3
**two** [2] - 3:14, 7:4, 15:19
**two-page** [1] - 7:4

## U

**U.S** [2] - 11:8, 20:12
**under** [8] - 4:22, 7:9, 12:25, 13:11, 13:12, 13:15, 13:20, 14:3
**understood** [2] - 24:24, 24:25
**UNITED** [2] - 1:1, 1:10
**United** [9] - 2:5, 7:14, 9:6, 9:16, 13:13, 14:11, 15:7, 25:20
**up** [6] - 7:25, 9:3, 11:5, 11:9, 12:11, 24:18
**US** [2] - 1:19, 1:22
**uses** [1] - 5:16

## V

**vague** [1] - 18:14
**valid** [1] - 6:11
**Valley** [1] - 16:4
**Venezuela** [1] - 20:4
**Venezuelan** [5] - 17:5, 17:13, 18:16, 24:8, 24:10
**versus** [2] - 3:2, 21:14
**via** [1] - 1:25
**victim** [2] - 7:10, 19:14, 21:13
**view** [2] - 7:15, 19:23
**violate** [1] - 20:12
**violation** [2] - 9:8, 9:15
**Virginia** [1] - 2:2
**VITOL** [2] - 1:7, 2:1
**Vitol** [2] - 3:2, 3:19
**VS** [1] - 1:5

## W

**wants** [1] - 8:19
**War** [1] - 24:22
**wasting** [1] - 22:14
**weigh** [1] - 5:6
**welcome** [1] - 6:25
**wind** [2] - 19:1, 19:12
**wipe** [1] - 19:18
**withheld** [1] - 23:7
**Woods** [1] - 2:1
**World** [1] - 24:22
**wound** [3] - 11:5, 11:9, 19:4
**writ** [1] - 16:6

## Y

**y'all** [2] - 6:15, 24:14
**year** [1] - 8:17
**years** [1] - 8:18
**York** [3] - 1:20, 10:12, 14:12

## Z

**Zumpano** [1] - 1:16