# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>    *Judgment Creditor & Garnishor,*<br><br>v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; and THE NORTE DEL VALLE CARTEL,<br><br>    *Judgment Debtors,*<br><br>v.<br><br>VITOL INC.,<br><br>    *Garnishee.*<br><br>VITOL INC.,<br><br>    *Third-Party Petitioner.*<br><br>v.<br><br>ANTONIO CABALLERO; ROSNEFT TRADING, S.A.; and LDC SUPPLY INTERNATIONAL, LLC,<br><br>    *Third-Party Respondents.* | CIVIL ACTION NO. 4:21-cv-00140 |

## <u>DECLARATION OF MARK OAKES IN SUPPORT OF ROSNEFT TRADING, S.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS</u>

Mark Oakes, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am an attorney at the law firm of Norton Rose Fulbright US LLP, counsel for Third-Party Respondent Rosneft Trading, S.A. ("RTSA"). I respectfully submit this

declaration in support of RTSA's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c).

2. Submitted as RTSA's Appendix E is a true and correct copy of the Frequently Asked Questions ("FAQs") No. 3 and 11 published by the U.S. Department of the Treasury's Office of Foreign Asset Control, released on June 16, 2006 and January 15, 2015, respectively.

3. Submitted as RTSA's Appendix F is a true and correct copy of the Frequently Asked Question No. 657 published by the U.S. Department of the Treasury's Office of Foreign Asset Control, released on January 31, 2019.

4. Submitted as RTSA's Appendix G is a true and correct copy of the press release, "Treasury Targets Russian Oil Brokerage Firm for Supporting Illegitimate Maduro Regime," published by the United States Department of the Treasury on February 18, 2020.

5. Submitted as RTSA's Appendix K is a true and correct copy of the press release, Revocation of the Terrorist Designations of the Revolutionary Armed Forces of Colombia (FARC) and Additional Terrorist Designations, published by the U.S. Department of State on November 30, 2021.

6. Submitted as RTSA's Appendix N is a true and correct copy of the transcript of the October 7, 2021 hearing in this matter, *Caballero v. Vitol, Inc. et al.*, No. 4:21-

cv-00140, before the Hon. Judge Hanen in the U.S. District Court for the Southern District of Texas.

7. Submitted as RTSA's Appendix V is a true and correct copy of the webpage, "Individuals and Entities Designated by the State Department Under E.O. 13224," published by the U.S. Department of State and last visited February 7, 2022.

8. Submitted as RTSA's Appendix X is a true and correct copy of the transcript of the January 11, 2022 hearing in this matter, *Caballero v. Vitol, Inc., et al.,* No. 4:21-cv-00140, before the Hon. Judge Hanen in the U.S. District Court for the Southern District of Texas.

9. Submitted as RTSA's Appendix AA is a true and correct copy of the report "The International Emergency Economic Powers Act: Origins, Evolution, and Use," published by the Congressional Research Service on July 14, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2022 in Austin, Texas.

     /s/ Mark Oakes
     MARK OAKES