IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANTONIO CABALLERO § 
 § Civil Action: 4:21cv140
vs § 
 § 
VITOL, INC., ET AL 1

## NOTICE OF TELEPHONE CONFERENCE

The parties in this matter are hereby notified that a telephone conference has been set regarding the parties' discovery disputes. The conference is scheduled for Tuesday March 1, 2022 at 2:00PM. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID : | 45817# |
| Conference Password: | 13579# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

Date: February 25 2022     Nathan Ochsner, Clerk of Court

By: R. Hawkins, Case Manager