Case 4:21-cv-00140   Document 101   Filed on 03/13/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>    *Judgment Creditor & Garnishor,*<br><br>v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; and THE NORTE DEL VALLE CARTEL,<br><br>    *Judgment Debtors,*<br><br>v.<br><br>VITOL INC.,<br><br>    *Garnishee.* | CIVIL ACTION NO. 4:21-cv-00140 |

## FINAL JUDGMENT

The Court hereby **GRANTS** Third-Party Respondent Rosneft Trading S.A.'s Motion for Judgment on the Pleadings with prejudice. The writs of garnishment issued by the state court are hereby held to be void and they are vacated. All other relief not granted is denied.

Signed at Houston, Texas, this __13th__ day of March, 2023.

                                              Andrew S. Hanen
                                              United States District Judge